COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TERESA CORRAL-LERMA, | § | |
| Appellant, | § | No. 08-11-00134-CV |
| v. | § | Appeal from the |
| BORDER DEMOLITION & ENVIRONMENTAL INC., as a corporation, RAUL SOLIS, individually, and BONNIE SOLIS, individually, | § | 120th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2009-2631) |
| Appellees. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's judgment as to Appellant's trespass claim. We therefore reverse that portion of the trial court's judgment and remand for further proceedings as to Appellant's trespass claim.

We also reverse the trial court's judgment as to attorney's fees. We suggest a remittitur of $3,033.81 to Border Demolition and the Solises. Appellees have 15 days from the date of this opinion's issuance to accept remittitur. If remittitur is accepted, the judgment of the trial court will be reformed to reflect an attorney's fees award of $74,967.19, and we will affirm the judgment as modified. If Appellees do not accept remittitur within that period of time, the judgment of the trial court will be reversed and this cause remanded for a new trial on attorney's

fees.

  The remainder of the judgment is affirmed, in accordance with the opinion of this Court. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5. for performance on the judgment and all costs, both in this court and the court below, for which let execution issue.  This decision shall be certified below for observance.

  IT IS SO ORDERED THIS 13TH DAY OF MAY, 2015.


          YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating